IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-01487 BKT

FELIX JAVIER SANTA RIVERA     Chapter 13

IVONNE CARLA LOPEZ ACOSTA


XXX-XX-1828

XXX-XX-8477


         Debtor(s)

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **02/25/2011** (Docket no. **2**) is not confirmed.

   ___ The §341 meeting of creditors was continued to _____ at ___.

2. Hearing on Confirmation is continued to: **06/23/2011 at 09:00 A.M., US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3. **OTHER:**


                                        /S/Brian K. Tester
                                        U.S. Bankruptcy Judge


Date: **04/29/2011**                    BY:  /S/Inecita Collazo
                                             Courtroom Deputy