IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

FELIX JAVIER SANTA RIVERA

IVONNE CARLA LOPEZ ACOSTA

XXX-XX-1828

XXX-XX-8477

Debtor(s)

CASE NO. 11-01487 BKT

Chapter 13

**FILED & ENTERED ON 01/18/2012**

ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Objection to claim #11 by claimant Department of Treasury, filed by Debtors, docket #60.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of January, 2012.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA